# Order

Michigan Supreme Court
Lansing, Michigan

September 7, 2018

Stephen J. Markman.,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158305-6(58)

*In re* RELIABILITY PLANS OF ELECTRIC
UTILITIES FOR 2017-2021.

_____

ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
      Appellee,

v

CONSUMERS ENERGY COMPANY,
      Appellant,
and

MICHIGAN PUBLIC SERVICE COMMISSION,
ENERGY MICHIGAN, INC., and MICHIGAN
ELECTRIC AND GAS ASSOCIATION,
      Appellees.

_____

SC: 158305
COA 340600
MPSC: 00-018197

*In re* RELIABILITY PLANS OF ELECTRIC
UTILITIES FOR 2017-2021.

_____

ENERGY MICHIGAN, INC.,
      Appellee,

v

CONSUMERS ENERGY COMPANY,
      Appellant,
and

SC: 158306
COA 340607
MPSC: 00-018197

MICHIGAN PUBLIC SERVICE COMMISSION, and
MICHIGAN ELECTRIC AND GAS ASSOCIATION,
       Appellees.
_____/

     On order of the Chief Justice, the motion of appellee Association of Businesses Advocating Tariff Equity to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before October 5, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    September 7, 2018          

                                       Clerk